# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-18-00351-CV
_____


### IN RE INVISTA S.A.R.L.


On Appeal from the 136th District Court
Jefferson County, Texas
Trial Cause No. D-201,939


### ORDER

INVISTA S.à.r.l. filed a petition for writ of mandamus. The relator is a respondent in a Rule 202 proceeding in Cause Number D-201939, *Jacqulyn McDonald, Individually and as Representative of the Estate of David Lee McDonald v. INVISTA S.à.r.l. d/b/a INVISTA S.à.r.l., LLC, et al.* Relator seeks a writ compelling the Honorable Baylor Wortham, Judge of the 136th District Court, to vacate its order requiring relator to produce a witness for deposition and subpoena duces tecum. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017).

1

Relator requests that the deposition be stayed as temporary relief. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the deposition and subpoena duces tecum of the representative of INVISTA S.à.r.l. is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

The response of the real party in interest, Jacqulyn McDonald, is due September 21, 2018.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED September 11, 2018.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.